

## NUMBER 13-22-00190-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

PAUL ANDREW ARANDA,                              Appellant,

**v.**

THE STATE OF TEXAS,                                 Appellee.

**On appeal from the 105th District Court
of Nueces County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina
Memorandum Opinion by Justice Benavides**

Appellant Paul Andrew Aranda filed a notice of appeal from his judgment of conviction for robbery in trial court cause number 21FC-0131D in the 105th District Court of Nueces County, Texas. *See* TEX. PENAL CODE ANN. § 29.02. The trial court has certified that this "is a plea-bargain case, and the Defendant has NO right of appeal." *See* TEX. R. APP. P. 25.2(a)(2). On April 26, 2022, this Court ordered appellant's counsel to review the

record and determine whether appellant has a right to appeal. In response, appellant's counsel filed a letter indicating that appellant has no right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. *See id.* R. 25.2(a)(2), (d). Accordingly, this appeal is dismissed for want of jurisdiction.

GINA M. BENAVIDES
Justice

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed on the
26th day of May, 2022.